# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARGARET NICHOLSON, | ) |
| Plaintiff | ) |
| v. | ) Case No.: 1:12-CV-516-NLH-JS |
| BUDZIK & DYNIA, LLC | ) |
| Defendant | ) |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses his Complaint with prejudice.

Dated: April 25, 2012        BY:/s/Amy L. Bennecoff
                             Amy L. Bennecoff, Esquire
                             Attorney ID # AB 0891
                             Kimmel & Silverman, P.C
                             1930 E. Marlton Pike, Suite Q29
                             Cherry Hill, New Jersey 08003
                             Phone: (856)429-8334
                             Facsimile: (856) 216-7344
                             Email: abennecoff@creditlaw.com